**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT -5 2016

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ARTHER LIONEL JAMES,            )
    a/k/a "SHITTY";              )    **FILED UNDER SEAL**
ROBERT LAMONT BROWN,            )
    a/k/a "RO",                  )    Case No. 4:16-CR-00233 JLH
    a/k/a "DIRTY RO",            )
    a/k/a "RO MARCIANO";         )    18 U.S.C. § 922(g)
ADAM BAILEY;                    )    21 U.S.C. § 841(a)(1), (b)(1)(A)
KEITH KEYS;                     )    21 U.S.C. § 841(a)(1), (b)(1)(B)
STEVEN THOMAS,                  )    21 U.S.C. § 841(a)(1), (b)(1)(C)
    a/k/a "SLIM";                )    21 U.S.C. § 843(b)
BRAD VERNON;                    )    21 U.S.C. § 846
LEWIS MILES,                    )
    a/k/a "POOTIE ROO";          )
JOSEPH RILEY;                   )
JUSTIN BUYS;                    )
ANTONIO BRODIE;                 )
ANTONIO McNICHOLS,              )
    a/k/a "HEAVY CUZ";           )
ANGELEKE BLANKENSHIP,           )
    a/k/a/ "LEKE"; and           )
HEATH FOWLER                    )

**MOTION TO SEAL INDICTMENT**

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, for the safety of law

enforcement agents who will attempt to execute the arrest warrants and to guard against the risk

of flight, the United States requests that the above-styled Indictment be sealed until the

Defendants are in custody or have been released pending trial.

2

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

CHRIS GIVENS
AR Bar # 2009194
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:    (501) 340-2619
E-mail: Chris.Givens@usdoj.gov

## ORDER

Pursuant to the above request, the Indictment in this matter shall be sealed until the

Defendants are in custody or has appeared and been released pending trial.

10|5|2016
DATE

UNITED STATE MAGISTRATE JUDGE

2